JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET LYNN HENDERSON and MARK HENDERSON, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., ABC Corporations I-X, Black and White Corporations I-X, and DOES I-X, inclusive,<br><br>Defendants. | Case No. 3:19-cv-00439-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

WHEREAS, Plaintiffs, MARGARET LYNN HENDERSON and MARK HENDERSON, and their attorney of record, JOSEPH S. BRADLEY, ESQ. and Defendant SMITH'S FOOD & DRUG CENTERS, INC. and its attorney of record, JERRY S. BUSBY, ESQ. participated in a private mediation on October 17, 2019 which resulted in the parties agreeing to a full and final settlement of all claims by Plaintiffs against all Defendants;

IT IS HEREBY STIPULATED AND AGREED by and between JOSEPH S. BRADLEY, ESQ. of the law firm BRADLEY, DRENDEL & JEANNEY, Attorneys for Plaintiffs MARGARET LYNN HENDERSON and MARK HENDERSON, and JERRY S. BUSBY, ESQ. of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., as follows:

1. That the claims herein of Plaintiffs MARGARET LYNN HENDERSON and MARK HENDERSON against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

///

CLAC 5302561.1

2. That any and all deadlines for filing pleadings with the Court be vacated.

Respectfully submitted this 13th day of November, 2019.

| BRADLEY, DRENDEL & JEANNEY | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Joseph S. Bradley | /s/ Jerry S. Busby |
| JOSEPH S. BRADLEY, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 001787 | Nevada Bar No.001107 |
| 6900 South McCarran Boulevard – #2000 | 1835 Village Center Circle |
| Reno, Nevada 89509 | Las Vegas, Nevada 89134 |
| (702) 335-9999 | (702) 366-1125 |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| MARGARET LYNN HENDERSON and MARK HENDERSON | SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: November 13, 2019

CLAC 5302561.1